UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FLORES, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:00-06331-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 301)<br><br>**ORDER DENYING CROSS-MOTION FOR SUMMARY JUDGMENT** (Doc.266) |

　　　Plaintiff, Scott E. Stearns ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On July 29, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On August 3, 2005 and August 12, 2005, plaintiff filed objections and exhibits to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.  Plaintiff's
6 objections do not show that there was no evidence to support
7 prison officials' determination that Plaintiff is an associate of
8 the prison gang Nazi Low Riders.  Only if there was **no** evidence
9 to support prison officials' determination regarding Plaintiff's
10 gang affiliation would Plaintiff be entitled to summary judgment
11 on his due process claim.  <u>Superintendent, Mass. Correctional
12 Inst. v. Hill</u>, 472 U.S. 445, 454-55 (1985).  Contrary to
13 Plaintiff's assertions in his objections, the court does not deny
14 Plaintiff's motion for summary judgment solely on the ground that
15 he did not comply with all of the court's procedure rules in
16 filing his motion.  As set forth in the Magistrate Judge's
17 Findings and Recommendations granting Defendants' motion for
18 summary judgment on the due process claim, the undisputed facts
19 reveal some evidence to support the gang affiliation finding.
20 For this reason, Plaintiff is not entitled to summary judgment.
21    Accordingly, IT IS HEREBY ORDERED that:
22    1.  The Findings and Recommendations, filed July 29, 2005,
23 are ADOPTED IN FULL; and,
24    2.  Plaintiff's cross-motion for summary judgment, filed
25 October 14, 2004, is DENIED.
26 IT IS SO ORDERED.

27 **Dated:   August 30, 2005            /s/ Anthony W. Ishii**
   0m8i78                        UNITED STATES DISTRICT JUDGE
28

2