UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS,<br><br>        Plaintiff,<br><br>vs.<br><br>FLORES, et al.,<br><br>        Defendants.<br>_____/ | 1:00-06331-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 302)<br><br>**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT** (Doc.261)<br><br>**ORDER THAT ACTION PROCEED ON REMAINING CLAIM** |

    Plaintiff, Scott E. Stearns ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On July 29, 2005, the Magistrate Judge filed Findings and Recommendations that recommended the court grant Defendants' motion for summary judgment on plaintiff's due process claim. The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On August 3, 2005 and August 12, 2005, plaintiff filed objections and exhibits to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.  Plaintiff's
6 primary objection to the Magistrate Judge's Findings and
7 Recommendation is that prison officials should not have found
8 that Plaintiff is an associate of the prison gang Nazi Low
9 Riders.  Defendants are entitled to summary judgment if there was
10 **some** evidence to support prison officials' determination
11 regarding Plaintiff's gang affiliation.  <u>Superintendent, Mass.</u>
12 <u>Correctional Inst. v. Hill</u>, 472 U.S. 445, 454-55 (1985).
13 Plaintiff's arguments that prison officials should not have taken
14 the inference that Plaintiff was a gang associate based on the
15 submitted evidence does not created a disputed issue of fact on
16 the existence of some evidence.  Further, even assuming one of
17 the pieces of evidence was later found unreliable does not change
18 the fact there was other evidence supporting the finding.  The
19 some evidence standard does not require a particular number of
20 pieces of evidence.
21    Accordingly, IT IS HEREBY ORDERED that:
22    1.   The Findings and Recommendations, filed July 29, 2005,
23 are ADOPTED IN FULL;
24    2.   Defendants' motion for summary judgment on Plaintiff's
25 due process claim, filed September 27, 2004, is GRANTED;
26    4.   This action SHALL proceed on plaintiff's Eighth
27 Amendment failure to protect claim against defendant Flores; and
28

2

5.   This action is REFERRED to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   August 30, 2005**                                  **/s/ Anthony W. Ishii**
0m8i78                                                                        UNITED STATES DISTRICT JUDGE