# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT STEARNS,<br><br>        Plaintiff,<br><br>   v.<br><br>FLORES, et. al.,<br><br>        Defendants.<br>_____/ | CV F 00-6331 AWI LJO P<br><br>ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL (Docs. 314, 216.)<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN LODGED DOCUMENTS TO PLAINTIFF<br><br>ORDER DENYING MOTION TO COMPEL (Doc. 319.) |

    Scott Stearns ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On August 30, 2005, the District Court adopted this Court's recommendation that the Motion for Summary Judgment be granted with respect to Plaintiff's Due Process claim and that the case proceed on Plaintiff's Eighth Amendment claim. Following that disposition, Plaintiff filed a Notice of Appeal. Currently, the appeal is pending before the Ninth Circuit. Plaintiff also filed two Motions to file documents under seal and also filed a Motion to Compel discovery.

    With regard to Plaintiff's Motions to file documents under seal. It appears that Plaintiff seeks to file his Declaration under seal so that the public cannot view the documents. However, Plaintiff does not state the purpose or the need for these declarations to be filed under seal. In addition, Plaintiff did not serve the opposing party with the Motion or the documents to be lodged under seal. Finally, a review of the declaration reveals that the matters contained do not concern the Eighth Amendment failure to protect claim at issue in this case. Accordingly, the

1  Motion to file the documents under seal will be DENIED and the Clerk of Court DIRECTED to
2  return the lodged documents to Plaintiff.
3       Plaintiff also filed a Motion to Compel Discovery on September 15, 2005.  However,
4  discovery has not yet been opened by Court order as the Defendants have yet to file an Answer.
5  Given Plaintiff's pending interlocutory appeal, the Court will not require Defendants to file an
6  Answer until after Plaintiff's appeal is resolved.  Only after an Answer is filed will the Court
7  issue an Order opening discovery.  Plaintiff's Motion to Compel is therefore, premature.
8       Accordingly, the Court HEREBY ORDERS:
9       1.     The Motions to file Documents under Seal are DENIED;
10       2.     The Clerk of Court is DIRECTED to return the lodged documents to Plaintiff;
11       3.     The Motion to Compel is DENIED as premature.
12  IT IS SO ORDERED.
13  **Dated:**   **September 26, 2005**          /s/ Lawrence J. O'Neill
    b9ed48                                    UNITED STATES MAGISTRATE JUDGE