# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS,<br><br>            Plaintiff,<br><br>     v.<br><br>FLORES, et. al.,<br><br>            Defendants. | CV F   00-6331 AWI LJO P<br><br>ORDER VACATING SECOND SCHEDULING ORDER ISSUED OCTOBER 5, 2005<br>(Doc. 324.) |

Plaintiff Scott E. Stearns ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 30, 2005, the District Court adopted Findings and Recommendations that Plaintiff's Due Process claim against all Defendants (concerning gang validation) be dismissed and that the action proceed to trial on Plaintiff's Eighth Amendment Claim. (Docs. 311, 312.) This action is proceeding on Plaintiff's First Amended Complaint, filed April 27, 2001, on the Eighth Amendment Failure to Protect claim against Defendant Flores. Generally, following the resolution of a Motion for Summary Judgment, the Court sets the matter for trial on any remaining claims and Defendants. The Court issued such Order on October 5, 2005. However, it appears that Defendant Flores filed a formal Answer for the first time on September 9, 2005.

1

In light of this filing, the Court HEREBY ORDERS:

    1.    The Second Scheduling Order issued on October 5, 2005, and setting the matter for trial is VACATED;

    2.    Any and all pretrial motions and motions pertaining to trial are HEREBY DENIED as MOOT.

The Court will issue a Discovery/Scheduling Order separately.

IT IS SO ORDERED.

**Dated:   November 9, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE