UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT STEARNS, | ) | CV F   00 6331 AWI LJO P |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING MOTION TO COMPEL (Doc. 343.) |
| FLORES, et. al., | ) | |
| Defendants. | ) | |

Scott Stearns ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 10, 2005, Plaintiff filed a Motion to Compel discovery. Plaintiff does not indicate in his Motion what discovery he seeks to compel. In any event, shortly after the filing of this document, the Court issued a Discovery and Scheduling Order opening the discovery process and setting forth deadlines for the filing of dispositive motions.

The Court's discovery and scheduling order issued November 15, 2005, stated specifically that all discovery was to comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil Procedure and Rules 11-110, 7-130, 7-131, 7-132, 5-134, 5-

1  135, 6-136, 43-140 and 78-230(m) of the Local Rules of Practice for the United States Court.
2  Plaintiff has been informed of these requirements on numerous occasions as it appears from the
3  Court record that he has previously filed Motions to Compel.
4     Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure provides that a motion to
5  compel contain certification that the moving party has, in good faith, conferred or attempted to
6  confer with the party not making the disclosure in an effort to secure the disclosure without court
7  intervention. The Motion before the court, however, contains no certification that Plaintiff has
8  complied with the meet and confer requirement imposed by the rules.
9     Accordingly, as the Motion to Compel was filed before discovery was opened and
10 because the Motion fails to comply with the requirements of the Federal Rules of Civil
11 Procedure, the Motion is DENIED.
12 IT IS SO ORDERED.
13 **Dated:    December 14, 2005**              /s/ Lawrence J. O'Neill
   b9ed48                               UNITED STATES MAGISTRATE JUDGE