# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT STEARNS, | CV F   00 6331 AWI LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO COMPEL (Doc. 357.) |
| FLORES, et. al., | |
| Defendants. | |

Scott Stearns ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On January 17, 2006, Plaintiff filed a Motion to Compel discovery.

As in prior Motions, Plaintiff does not indicate in his Motion what discovery he seeks to compel. He makes only a general statement that he has been attempting to obtain certain documents without success. In addition, despite being informed repeatedly that Plaintiff must comply with pertinent rules regarding discovery, Plaintiff has again failed to comply with the Rule 37(a)(2)(A) certification requirement.

The Court's Discovery and Scheduling order issued November 15, 2005, stated

1

1 specifically that all discovery was to comply with all pertinent rules including Rules 5, 7, 11, 26, 2 and 37 of the Federal Rules of Civil Procedure and Rules 11-110, 7-130, 7-131, 7-132, 5-134, 5-3 135, 6-136, 43-140 and 78-230(m) of the Local Rules of Practice for the United States Court.

4      Rule 37(a)(2)(A) of the Federal Rules of Civil Procedure provides that a motion to 5 compel contain certification that the *moving party has, in good faith, conferred or attempted to* 6 *confer with the party not making the disclosure in an effort to secure the disclosure without court* 7 *intervention.* Although the Motion before contains a certification, it is a certification that 8 Plaintiff has been trying to obtain various documents from the "A.G. Offices, over the last five 9 years." It does not contain the necessary statement that Plaintiff has attempted to resolve this 10 matter with opposing counsel prior to seeking assistance from the Court.

11      Accordingly, as the Motion fails to comply with the requirements of the Federal Rules of 12 Civil Procedure, the Motion is DENIED.

13 IT IS SO ORDERED.

14 **Dated:   January 24, 2006**      **/s/ Lawrence J. O'Neill**
b9ed48      UNITED STATES MAGISTRATE JUDGE