UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS, )<br>)<br>    Plaintiff, )<br>)<br>)<br>    v. )<br>)<br>PHILLIP FLORES, et al., )<br>)<br>    Defendants. )<br>_____) | 1:00-CV-6331 AWI LJO P<br><br>ORDER ASSIGNING ACTION TO<br>MAGISTRATE JUDGE LAWRENCE J.<br>O'NEILL<br><br>Old case # <u>1:00-CV-6331 AWI LJO P</u><br><br>New case # <u>1:00-CV-6331 LJO P</u> |

       Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.  It appearing that all parties to this action have voluntarily consented to have a Magistrate Judge conduct any and all further proceedings in the case, including the trial and entry of a final judgment, IT IS HEREBY ORDERED THAT:

       1.   This action is assigned to United States Magistrate Judge Lawrence J. O'Neill for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the

```
 1  case, including the trial and entry of final judgment,
 2          2.   The Clerk of the Court is directed to assign this
 3  action in its entirety to Magistrate Judge Lawrence J. O'Neill, and
 4          3.   The new case number shall be
 5                   1:00-CV-6331-LJO-P
 6  and all future pleadings and/or correspondence must be so numbered.
 7  The parties are advised that use of an incorrect case number,
 8  including initials, may result in a delay of documents being processed
 9  and copies thereof being correctly distributed and received by the
10  appropriate judicial officer.
11
12  IT IS SO ORDERED.
13  Dated:   January 30, 2006              /s/ Anthony W. Ishii
    0m8i78                           UNITED STATES DISTRICT JUDGE
14
```