# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS, | CV F 00-6331 AWI LJO P |
| Plaintiff, | |
| v. | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED DECEMBER 15, 2005. (Doc. 351.) |
| FLORES, et. al., | |
| Defendants. | |

Plaintiff Scott E. Stearns ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Title 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On November 4, 2005, Plaintiff filed a Motion for Summary Judgment. On December 2, 2005, Plaintiff filed another Motion for Summary Judgment. On December 15, 2005, the Court issued Findings and Recommendations that the Motions for Summary be DENIED as they concerned issues already resolved by the Court. During the pendency of the District Court's review of the Findings and Recommendations, the parties consented to the jurisdiction of this

Court. As such, the District Court cannot now adopt the Recommendations made on December 15, 2005. Accordingly, the Court will vacate its Findings and Recommendations issued December 15, 2005, and reissue them as an Order of the Court.

The Court HEREBY ORDERS:

1. The Findings and Recommendations issued December 15, 2005, are VACATED.

IT IS SO ORDERED.

**Dated:** **February 8, 2006**          /s/ Lawrence J. O'Neill
b6edp0                                    UNITED STATES MAGISTRATE JUDGE