# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT STEARNS, | CV F   00 6331 LJO P |
| Plaintiff, | |
| v. | ORDER VACATING FINDINGS AND RECOMMENDATIONS ISSUED DENYING MOTION FOR TEMPORARY RESTRAINING ORDER (Doc. 340) |
| FLORES, | |
| Defendants. / | |

    Scott Stearns ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Pursuant to Title 28 U.S.C. §636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

    On August 4, 2005, Plaintiff moved for a Temporary Restraining Order.  Plaintiff states that new case law in the Northern District of California provides that an inmate who is labeled as a gang member may be released after 6 years with no gang acts alleged.  Plaintiff alleged that he should now be released.

    November 7, 2005, the Court issued Findings and Recommendations that the Motion for Temporary Restraining Order be denied along with an Order denying several Motions.  Plaintiff filed Objections to the Findings and Recommendations on November 17, 2005.  During the pendency of the District Court's review of the Findings and Recommendations, the parties consented to the jurisdiction of this Court.  As such, the District Court is without jurisdiction to adopt the Findings made by this Court with respect to the Motion for Temporary Restraining

1

1  Order issued on November 7, 2005.  Accordingly, the Court will vacate the Findings and
2  Recommendations issued November 7, 2005, and reissue them separately as an Order of the
3  Court.
4       The Court HEREBY ORDERS:
5       1.   The Findings and Recommendations issued November 7, 2005, are VACATED.
6  IT IS SO ORDERED.
7  **Dated:   February 7, 2006**                /s/ Lawrence J. O'Neill
   b9ed48                                       UNITED STATES MAGISTRATE JUDGE