# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

| | |
|---|---|
| SCOTT E. STEARNS,<br><br>    Plaintiff - Appellant,<br>v.<br><br>PHILLIP FLORES; et al.,<br><br>    Defendants - Appellees,<br><br>and<br><br>D. JACQUEZ; et al.,<br><br>    Defendants. | No. 06-15310<br>D.C. No. CV-00-06331-AWI/LJO<br><br><br>ORDER |

FILED
MAR - 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: _Attempt to appeal a non-appealable order._

_____
Judge
United States District Court

Date: 3-7-06

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

March 1, 2006

| | |
|---|---|
| SCOTT E. STEARNS,<br><br>　　　　Plaintiff - Appellant,<br>v.<br><br>PHILLIP FLORES; et al.,<br><br>　　　　Defendants - Appellees,<br><br>　and<br><br>D. JACQUEZ; et al.,<br><br>　　　　Defendants. | No. 06-15310<br>D.C. No. CV-00-06331-AWI/LJO<br><br>**REFERRAL NOTICE** |

　　　This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

　　　If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

　　　This referral shall not affect the briefing schedule previously established by this court.

　　　　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　　　　Cathy A. Catterson
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　By: Corina Orozco
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk