UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS,<br><br>   Plaintiff,<br><br>   v.<br><br>E. FLORES, et al.,<br><br>   Defendants. | 1:00-CV-06331-AWI-LJO-P<br>APPEAL Cases #06-15310 & #06-15325<br><br>ORDER DENYING MOTION FOR<br>APPOINTMENT OF COUNSEL<br>(DOCUMENT #375) |

      Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 8, 2006, plaintiff filed a motion for appointment of counsel. Because the motion was filed concurrently with plaintiff's appeal directed to the Ninth Circuit Court of Appeals, it is not clear to the district court whether plaintiff intended to request appointment of counsel at the district court, or appointment of counsel on appeal. If plaintiff's intention was to request appointment of counsel on appeal, the motion is more properly brought at the court of appeals, and plaintiff must re-file the motion at the Ninth Circuit Court of Appeals for consideration.

      The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 109 S.Ct. 1814 (1989). In certain exceptional

1

1  circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. §
2  1915(e)(1).  Without a reasonable method of securing and compensating counsel, this court will seek
3  volunteer counsel only in the most serious and exceptional cases.  In the present case, the court does
4  not find the required exceptional circumstances.  Even if it is assumed that plaintiff is not well
5  versed in the law and that he has made serious allegations which, if proved, would entitle him to
6  relief, his case is not exceptional.  This court is faced with similar cases almost daily.  Therefore,
7  plaintiff's request for the appointment of counsel must be denied at the district court.

8           In accordance with the above, IT IS HEREBY ORDERED that :

9           1.     Plaintiff's request for the appointment of counsel is denied  at the district
10                 court;
11          2.     If plaintiff's intent was to request appointment of counsel on appeal, the
12                 motion is more properly brought at the court of appeals, and plaintiff must re-
13                 file the motion at the Ninth Circuit Court of Appeals for consideration; and
14          3.     The Clerk of Court is directed to serve a copy of this order on the Ninth
15                 Circuit Court of Appeals.

16  IT IS SO ORDERED.

17  **Dated:     March 20, 2006**                    **/s/ Lawrence J. O'Neill**
    b6edp0                                           UNITED STATES MAGISTRATE JUDGE

2