IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **SCOTT E. STEARNS,**<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**P. FLORES, et al.,**<br><br>　　　　　　　Defendants. | 1:00-CV-06331 AWI LJO P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SERVE RESPONSES TO FOURTH SET OF REQUESTS FOR PRODUCTION (Docs. 402, 403.)** |

The Court, having considered Defendant's request for a second extension of time to serve responses to Plaintiff's fourth set of requests for production of documents, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted a second extension of time, to and June 2, 2006, to serve his responses to Plaintiff's fourth set of requests for production of documents.

IT IS SO ORDERED.

**Dated:   May 24, 2006**　　　　　　　　　　/s/ Lawrence J. O'Neill
b9ed48　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

*Order*

1