# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT STEARNS, | CV F 00 6331 AWI LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO EXTEND DISCOVERY DEADLINE (Doc. 400-1) |
| FLORES, et. al., | ORDER DENYING MOTION TO COMPEL (Doc. 400-2) |
| Defendants. | |

Scott Stearns ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 4, 2005, Plaintiff filed a Motion to extend the discovery deadline and a Motion to Compel discovery. In his Motion to extend the deadline, Plaintiff states that an extension is necessary because Deputy Attorney General made improper actions which were admitted by Deputy Attorney General Picciano in her request to delay trial in order to reply to discovery requests. Plaintiff's basis for his request does not concern in any way his need for certain discovery. Plaintiff seeks to use whatever impropriety he believes occurred as grounds for extending the discovery deadline, which does not expire until July 11, 2006. See, Court Doc.

1

1  344.  As the deadline is nowhere near expiration and Plaintiff provides no good cause for the
2  extension, the request is DENIED.
3      With regard to Plaintiff's Motion to Compel.  Although Plaintiff declares that he has
4  attempted to meet and confer with the Deputy Attorney General assigned to the case, Plaintiff
5  also states that he is seeking to compel responses to interrogatories and requests for production of
6  documents, however, he provides no detailed information as to why certain answers or refusals to
7  produce documents are inadequate.  Although Plaintiff attaches the Discovery responses, it is not
8  the Court's responsibility to review all of them and make a determination on Plaintiff's behalf
9  why certain ones may or may not be insufficient.  Plaintiff's Motion is therefore, purely
10 conclusory and as such, neither the Court or the Defendants can adequately respond to the
11 Motion.
12     Moreover, the Court notes that Defendants most recently timely moved for an extension
13 of time to respond to Plaintiff's fourth set of requests for production of documents, which the
14 Court granted by separate order.  Plaintiff's requests for production of documents that
15 Defendants have not yet had the opportunity to respond to is thus, premature.  In any event,
16 because Plaintiff's Motion to Compel is lacking in specificity, the Motion is DENIED.
17 IT IS SO ORDERED.
18 **Dated:   May 24, 2006**              **/s/ Lawrence J. O'Neill**
   b9ed48                                 UNITED STATES MAGISTRATE JUDGE