# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS, | CV F 00 6331 LJO P |
| Plaintiff, | |
| v. | ORDER REQUIRING PARTIES TO INFORM COURT OF INTENTION WITH REGARD TO CONSENT TO MAGISTRATE JUDGE JURISDICTION |
| P. FLORES, et. al., | |
| Defendants. | ORDER GRANTING 20 DAYS TO FILE NOTICE OF UNDERSTANDING |

Scott E. Stearns ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Title 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

Recently, the undersigned was nominated to the position of United States District Judge and will therefore may soon be vacating the position of Magistrate Judge, assuming confirmation by the full United States Senate. As indicated above, the parties have consented to the jurisdiction of the Magistrate Judge for all further proceedings. In light of aforementioned pending confirmation, it is the Court's intent to randomly reassign this matter to either Magistrate Judge Sandra M. Synder or Magistrate Judge Dennis L. Beck upon assumption of the position of

District Judge. If it was each party's intent to consent specifically to the undersigned, each party must submit a Notice of Understanding to that effect within TWENTY (20) DAYS from the date of service of this Order. If no Notice is submitted indicating the parties' intentions, the Court will reassign the case to another Magistrate Judge if and when the undersigned vacates his position as Magistrate Judge.

IT IS SO ORDERED.

**Dated:   October 27, 2006**                           **/s/ Lawrence J. O'Neill**
b9ed48                                                              UNITED STATES MAGISTRATE JUDGE