# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS, | CV F   00 6331 LJO  P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR SUMMARY JUDGMENT (Doc. 439) |
| P. FLORES, et. al., | |
| Defendants. | |

Scott E. Stearns ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Title 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On January 5, 2007, Plaintiff filed a Motion for Summary Judgment. However, the deadline for the filing of dispositive motions expired on September 11, 2006. (See Doc. 344.) Plaintiff provides no justification for the late filing of a dispositive motion.

Accordingly, the Court HEREBY ORDERS:

1. The Motion for Summary Judgment is DENIED as untimely.

IT IS SO ORDERED.

**Dated:    January 10, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                                   UNITED STATES MAGISTRATE JUDGE

1