# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS, | CV F   00 6331 LJO  P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION TO RESOLVE DISCOVERY DISPUTES (Doc. 447.) |
| P. FLORES, et. al., | |
| Defendants. | |

Scott E. Stearns ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Title 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On January 29, 2007, Plaintiff filed a pleading titled "Motion to Resolve Un-Resolved Discovery Dispute's [sic] before trial." Plaintiff states he submitted several discovery requests to the Attorney General's office that were not responded to.

Plaintiff has been informed on numerous occasions that all discovery, including motions to compel, must have been filed on or before July 10, 2006. Discovery began on November 16, 2005, when the Court issued its Second Scheduling Order. The information regarding deadlines

1

1  and discovery disputes was included in that Order.  In addition, Plaintiff has failed numerous
2  motions to compel which were denied for a multitude of reasons, including that the requests
3  concerned issues that were not part of the instant action.  Plaintiff's attempt to re-open or re-
4  litigate discovery at this time is improper as the deadline for the resolution of discovery expired
5  on July 10, 2006.  Accordingly, the request to resolve discovery disputes before trial is DENIED.
6  IT IS SO ORDERED.

7  **Dated:**   **February 1, 2007**                      **/s/ Lawrence J. O'Neill**
   b9ed48                                  UNITED STATES MAGISTRATE JUDGE