# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS, | 1:00-CV-06331-DLB-P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR AN INVESTIGATION |
| P. FLORES, et. al., | (Doc. 460) |
| Defendants. | |

Scott E. Stearns ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Title 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

On April 24, 2007, Plaintiff filed a document entitled "Plaintiff's Second Complaint Upon C.D.C.R. Blocking Money for Court Case." Plaintiff is requesting a fact-finding by the court regarding the C.D.C.R.'s role in the delay of receipt of funds into Plaintiff's trust account. This issue is not relevant to any of Plaintiff's pending claims in this action, and there is no basis for the court to intervene in this matter at this time. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006). Therefore, IT IS HEREBY ORDERED that Plaintiff's motion for an investigation by the court is DENIED.

IT IS SO ORDERED.

Dated: **May 2, 2007**     /s/ **Dennis L. Beck**
                   UNITED STATES MAGISTRATE JUDGE