# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS,<br><br>    Plaintiff,<br><br>    v.<br><br>P. FLORES, et. al.,<br><br>    Defendants.<br>_____/ | 1:00-CV-0 6331-DLB-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION<br>(Doc. 464)<br><br>ORDER WITHDRAWING APPEAL<br>(Doc. 462) |

    Scott E. Stearns ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Title 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

    On May 7, Plaintiff filed a motion to dismiss the appeal he filed on April 30, 2007, in which he appealed the court's order of April 12, 2007 (Court Doc. 459). In light of the fact that the appeal has not yet been forwarded to the Court of Appeals, Plaintiff may withdraw the appeal at the district court level. Therefore, Plaintiff's motion shall be granted.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED and the appeal filed on April 30, 2007, is WITHDRAWN.

IT IS SO ORDERED.

Dated:   May 21, 2007          /s/ Dennis L. Beck

| | |
|---|---|
| 1 | UNITED STATES MAGISTRATE JUDGE |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |