UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT E. STEARNS, | ) | 1:00-cv-06331 DLB PC |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO FILE PRETRIAL STATEMENT |
| v. | ) | |
| | ) | |
| P. FLORES, et al., | ) | (DOCUMENT #477) |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 18, 2007, defendant Flores filed a motion to extend time to file his pretrial statement. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant Flores is granted until July 24, 2007, in which to file the pretrial statement.

IT IS SO ORDERED.

Dated: **July 23, 2007**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE