# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS,<br><br>        Plaintiff,<br><br>    v.<br><br>P. FLORES,<br><br>        Defendant.<br>_____/ | 1:00-CV-06331-DLB-P<br><br>ORDER GRANTING EXTENSION OF TIME FOR PARTIES TO EXCHANGE TRIAL EXHIBITS<br><br>(Doc. 483) |

Scott E. Stearns ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Title 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. Pending is plaintiff's motion filed August 10, 2007, requesting an extension of time to exchange trial exhibits.

At the hearing on August 3, 2007, both parties agreed to exchange copies of trial exhibits by August 17, 2007. Plaintiff has requested an extension of time to exchange exhibits, and defendant has filed a statement of non-opposition to plaintiff's motion. Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, the deadline for the parties to exchange trial exhibits is hereby extended to **August 22, 2007**.

IT IS SO ORDERED.

    Dated:   **August 15, 2007**              /s/ **Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE