# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS,<br><br>        Plaintiff,<br><br>  v.<br><br>P. FLORES,<br><br>        Defendant. | 1:00-CV-06331-DLB-P<br><br>ORDER GRANTING SECOND EXTENSION OF TIME FOR PARTIES TO EXCHANGE TRIAL EXHIBITS<br><br>(Doc. 495) |

    Scott E. Stearns ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Now pending is defendant's motion filed August 20, 2007, requesting a second extension of time for the parties to exchange trial exhibits.

    Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, the deadline for the parties to exchange trial exhibits is hereby extended to **August 27, 2007**.

    IT IS SO ORDERED.

    Dated:   August 27, 2007              /s/ **Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE