UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS, | 1:00-CV-06331-DLB-P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO ADD WITNESSES |
| v. | ORDER RE PLAINTIFF'S MOTION TO RESERVE RIGHT TO CROSS EXAMINE WITNESSES AT TRIAL |
| P. FLORES, | |
| Defendant. | (Doc. 485) |

Scott E. Stearns ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Title 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. Trial in this action is scheduled to begin on September 11, 2007. On August 10, 2007, plaintiff filed a motion to add three incarcerated witnesses to his witness list for trial, inmates Robert Stabler, Vernon Hare, and Jeff Brown.

Plaintiff's motion shall be denied as untimely. Plaintiff has had sufficient opportunity before now to prepare a witness list and decide on the testimony he wishes to introduce at trial. Plaintiff's civil rights action has been pending for nearly seven years, since September 1, 2000, and during that time trial has been scheduled three times. The court's Third Scheduling Order of March 22, 2007, gave plaintiff a deadline of June 21, 2007, to submit his witness list for trial.

1  On June 4, 2007, plaintiff filed a pretrial statement which included his final witness list.
2  Furthermore, plaintiff had ample time to discuss his witness list with the court at the hearing on
3  August 3, 2007.  At the hearing, the court denied plaintiff's request to transport inmate witnesses
4  Robert Stabler and Vernon Hare, after discussing with plaintiff the testimony expected from the
5  witnesses and deciding their testimony was not required.  Plaintiff now alleges that he recalls a
6  conversation between himself and three inmates which occurred in April 1999.  In light of this
7  record and the proximity of trial, plaintiff's motion shall be denied as untimely.
8       Plaintiff also filed a motion to reserve the right to cross examine defense witnesses at
9  trial.  Plaintiff already has a right to cross examine witnesses at trial, and he is not required to
10 request leave of court before exercising this right.  Therefore, plaintiff's motion shall be
11 disregarded as unnecessary.
12      In accordance with the above, IT IS HEREBY ORDERED that:
13      1.     Plaintiff's motion to add witnesses for trial is DENIED as untimely; and
14      2.     Plaintiff's motion to reserve the right of cross examination is disregarded as
15             unnecessary.
16  IT IS SO ORDERED.
17  **Dated:   August 27, 2007**           **/s/ Dennis L. Beck**
                                           UNITED STATES MAGISTRATE JUDGE