UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS, | 1:00-CV-06331-DLB-P |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION FOR PRODUCTION OF VIDEO TAPE |
| v. | (Doc. 486) |
| P. FLORES, | ORDER CHANGING TIME FOR TRIAL |
| Defendant. | **Previous Time for Trial: 9:00 a.m. on 09-11-2007** |
| | **New Time:                8:30 a.m. on 09-11-2007** |

Scott E. Stearns ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Trial in this action is scheduled to begin on September 11, 2007. On August 10, 2007, plaintiff filed a motion for defendant to produce a copy of a video tape of a cell extraction taken on September 23, 1999, showing the condition of injuries sustained by plaintiff on August 4, 1999. On August 17, 2007, defendant filed a response to plaintiff's motion, agreeing to produce a copy of the video tape if it exists and can be located. In light of defendant's affirmative response, plaintiff's motion appears moot and need not be decided by the court.

In his response, defendant objected to the introduction of any video tape of a cell extraction at trial and proposed that the court resolve this issue at 8:30 a.m. on the morning of

1

1  trial. Good cause appearing, the time for trial shall be changed from 9:00 a.m. to 8:30 a.m. on
2  September 11, 2007.
3         In accordance with the above, IT IS HEREBY ORDERED that:
4     1.    Plaintiff's motion for production of the video tape taken on September 23, 1999,
5           is RESOLVED AS MOOT; and
6     2.    The time for trial, previously 9:00 a.m., is changed to 8:30 a.m. on September 11,
7           2007. All other trial scheduling information remains the same.
8     IT IS SO ORDERED.
9     Dated:   **August 27, 2007**                   **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

2