# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS, | 1:00-CV-0 6331-DLB-P |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO MODIFY WITNESS LIST |
| P. FLORES, | (Doc. 500) |
| Defendant. | |

Scott E. Stearns ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to Title 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. Trial is scheduled to begin in this action on September 11, 2007. On August 27, 2007, plaintiff filed a motion to add inmate Vernon Hare to his witness list for trial.

Plaintiff's motion is denied. The court noted in its order of August 28, 2007, plaintiff has had sufficient opportunity before now to prepare a witness list and decide on the testimony he wishes to introduce at trial.[1] Plaintiff was informed in the court's Third Scheduling Order of

---

[1] In the August 28, 2007 order denying plaintiff's previous motion to add witnesses for trial, the court noted that "[p]laintiff's civil rights action has been pending for nearly seven years, since September 1, 2000, and during that time trial has been scheduled three times. The court's Third Scheduling Order of March 22, 2007, gave plaintiff a deadline of June 21, 2007, to submit his witness list for trial. On June 4, 2007, plaintiff filed a pretrial statement which included his final witness list. Furthermore, plaintiff had ample time to discuss his witness list with the court at the hearing on August 3, 2007. At the hearing, the court denied plaintiff's request to transport inmate witnesses Robert Stabler and Vernon Hare, after discussing with plaintiff the testimony expected from the witnesses and deciding their testimony was not required."

1  March 22, 2007 that the court would not issue an order to transport an incarcerated witness for
2  trial unless it was satisfied that the prospective witness is willing to attend and has actual
3  knowledge of relevant facts.  Plaintiff anticipates that Vernon Hare will testify against non-
4  defendants; however, plaintiff has not satisfied the court that the witness has actual knowledge of
5  relevant facts.  Furthermore, plaintiff has not provided any assurances to the court that Vernon
6  Hare, who is accused of stabbing plaintiff on August 4, 1999, is willing to testify.
7       In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion to
8  modify his witness list for trial is DENIED.
9       IT IS SO ORDERED.
10      Dated:   **August 31, 2007**              **/s/ Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE

2