# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. STEARNS, | 1:00-CV-0 6331-DLB-P |
| Plaintiff, | |
| v. | ORDER AMENDING PRETRIAL ORDER OF AUGUST 16, 2007 |
| P. FLORES, | (Doc. 489) |
| Defendant. | |

Scott E. Stearns ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Trial in this action is scheduled to begin on September 11, 2007. On August 16, 2007, the court issued its Pretrial Order (Doc. 489). On August 28, 2007, plaintiff and defendant both filed written objections to the Pretrial Order. In consideration of the parties' objections, the court hereby amends the Pretrial Order as follows:

1. Undisputed Fact 24 (page 6, line 4) is deleted and replaced with the following language :

> "At the hearing on August 3, 2007, counsel for defendant admitted on the record that plaintiff was attacked by inmates Hare and Brown, who were associated with the NLR prison gang. At the time of the attack, plaintiff was engaged in conversation with inmates Overton and Sanford, who were also associated with the NLR prison gang. Inmate Overton disposed of the weapons after the assault. Plaintiff suffered injuries as a result of the attack and was treated for those injuries."

2. The following is added to defendant's Disputed Evidentiary Issues on page 6 at C.2.:

> "b. Defendant objects to plaintiff's introduction of pleadings or other court documents, and the introduction of any declarations."

IT IS SO ORDERED.

Dated: **August 31, 2007**         /s/ **Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE