```
                                            FILED
                                     JUDGMENT ENTERED

            FILED                    ────(date)──────────

          SEP 1 4 2007          by _____
                                        Deputy Clerk
       CLERK, U.S. DISTRICT COURT
       EASTERN DISTRICT OF CALIFORNIA    U.S. District Court
       BY_____     Eastern District of California
              DEPUTY CLERK
                                        ____ FILE CLOSED
```



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT STEARNS

        Plaintiff,

vs.                    **JUDGMENT IN A CIVIL ACTION**

PHILLIP FLORES,        1:00-CV-06331 DLB

        Defendant.

_____/

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF.

DATED: September 13, 2007

                              VICTORIA C. MINOR, Clerk

                              By: _____
                                  M. Hernandez, Deputy Clerk

jgm.civ
2/1/95